# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00032-CV

**Mosaic Pool & Spa, Inc. and Sam Loeb, Jr., Appellants**

**v.**

**Clint Jones and Angie Jones, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY, NO. C-1-CV-07-010096, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal. Appellants certify that they have conferred with appellees Clint Jones and Angie Jones and that they do not oppose this motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed: June 12, 2015